# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

RAYMOND WRIGHT, an individual and resident of Nevada; on behalf of himself and all similarly situated individuals,

          Plaintiff,

vs.

JACOB TRANSPORTATION, LLC, a Nevada limited liability company, d/b/a EXECUTIVE LAS VEGAS,

          Defendants.

Case No. 2:15-cv-00056-JAD-GWF

**ORDER**

This matter is before the Court on the Joint Notice of Proposed Discovery Plan and Order (#24), filed on March 23, 2015. The parties have submitted a proposed discovery plan and scheduling order, but represent that discovery shall be held in abeyance until disposition of Plaintiff's motions for conditional certification and to strike affirmative defenses. The parties have not shown good cause for a stay of discovery or the requirement to file a discovery plan and scheduling order. If the parties desire a stay of discovery, then they must file a motion for stay, or a stipulation setting forth the justification for entry of a stay order. Accordingly,

**IT IS HEREBY ORDERED** that the Joint Notice of Proposed Discovery Plan and Order (#24) is denied, without prejudice. An appropriate motion to stay discovery or a proposed discovery plan and scheduling order shall be filed on or before **April 3, 2015**.

DATED this 25th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge