# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND WRIGHT, et al., | Case No. 2:15-cv-00056-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| JACOB TRANSPORTATION, LLC, | (Docket No. 61) |
| Defendant(s). | |

Based on the Court's preliminary review of the docket, it appears a discovery plan was required to be filed in this case in July 2015, or roughly two and a half years ago. *See* Docket No. 28 (granting parties' stipulation staying discovery and requirement to file a discovery plan until July 6, 2015); *see also* Docket No. 30 at 10 (ordering that the discovery plan must be filed within 14 days of Judge Dorsey's ruling on the motion for conditional certification); Docket No. 35 (order from Judge Dorsey resolving motion for conditional certification on June 24, 2015). Currently before the Court is a "request" by Plaintiff that the undersigned hold a telephonic hearing and enter a discovery plan. Docket No. 61. As a threshold matter, parties must file motions supported by points and authorities, Local Rule 7-2(d), that include meaningfully developed argument, *see, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).[1] Plaintiff's request fails on both fronts.[2]

---

[1] Seeking a hearing is not a substitute for filing a proper motion. *Cf.* Local Rule 78-1.

[2] The discovery plan attached is also non-compliant with the local rules in numerous respects.

In short, a proper motion explaining a basis for the relief sought has not been made, and the pending "request" is therefore **DENIED** without prejudice. Any motion for the relief sought must provide thorough explanation of the procedural history of this case and why the relief sought is properly granted.[3]

IT IS SO ORDERED.

DATED: November 3, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[3] Counsel is informed that there are no "magistrates" in the federal court system, and there have not been for nearly three decades. *See, e.g.*, *Williams v. City of Mesa*, 2010 WL 2803880, at *2 n.1 (D. Ariz. July 15, 2010).