# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RAYMOND WRIGHT, et al.,

    Plaintiff(s),

v.

JACOB TRANSPORTATION, LLC,

    Defendant(s).

Case No. 2:15-cv-00056-JAD-NJK

ORDER

The parties are hereby **ORDERED** to file, no later than January 5, 2018, a joint status report explaining the current status of this case and providing a schedule to move this case forward to completion.

IT IS SO ORDERED.

DATED: December 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge