David H. Grounds (admitted pro hac vice)
MN Bar No. 285742
Jacob R. Rusch (admitted pro hac vice)
MN Bar No. 391892
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: dgrounds@johnsonbecker.com
Email: jrusch@johnsonbecker.com

*Attorneys for Plaintiffs*

*(Additional Counsel Listed on Signature Block)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND WRIGHT, an individual and resident of Nevada; on behalf of himself and all similarly situated individuals,<br><br>     Plaintiff,<br><br>     vs.<br><br>JACOB TRANSPORTATION, LLC, a Nevada Limited Liability Company, D/B/A EXECUTIVE LAS VEGAS,<br><br>     Defendants. | CASE NO.:  2:15-cv-00056-JAD-NJK<br><br>**JOINT STATUS REPORT AND PROPOSED DISCOVERY PLAN** |

     Plaintiff and Defendants (collectively "The Parties), by and through their respective counsel of record, pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), Local Rule 6-1, 26-1, and 26-4, stipulate and agree to the following Discovery Plan and Scheduling Order.

     Pursuant to the Court's December 21, 2017 Order (#64), counsel for the parties met-and-conferred and agreed in regard to the following status report and proposed schedule to move this case forward to completion.

# I.

## STATUS OF THE CASE

Plaintiffs filed their Complaint asserting three claims for relief: (1) violation of the Fair Labor Standards Act ("FLSA") in regard to minimum wage obligations: (2) violation of the FLSA in regard to payment of overtime; and (3) retaliation.  The parties engaged in substantial initial pleading motion practice, as well as additional motion practice addressing the collection action allegations.

In January of 2017, Defendant Jacob Transportation Services, LLC filed a motion for partial summary judgment (#55), which sought a determination as to the FLSA minimum wage claim.  That motion was pending with the Court since filing, but was recently addressed, and granted, by Order (#60) entered on September 28, 2017.   Such Order leaves the overtime claim and the retaliation claim for possible discovery and further litigation.

# II.

## DISCOVERY THAT REMAINS TO BE COMPLETED

Following this Court's Order eliminating the minimum wage claim (#60), the scope of the discovery and related litigation has narrowed.  Nevertheless, the parties will need to conduct discovery as to the facts and merits surrounding the FLSA overtime claim as well as Raymond Wright's claims regarding retaliation.  This will require document requests, discovery as to the vehicles used by the economy lot shuttle bus drivers who are the plaintiffs in this case, the arrangements that Jacob Transportation Services has with Clark County as operator of McCarran International Airport, as well as discovery as to time worked, amount compensated, and whether the trip sheets and related documentation correctly reflect such factual matters.

# III.

## REASONS DISCOVERY WAS NOT COMPLETED

The Parties have engaged in substantial motion practice in this case and there was a substantial issue regarding whether there would be any minimum wage claims in light of the documents provided

as to those claims and the motion and related pleadings filed with the Court.  Now that the case has been determined to only involve overtime claims and a claim for retaliation, the parties should be able to finalize discovery within a reasonable period and without expenditure of time of matters for which determination has been made by the Court.

## IV.

### PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY AND DISPOSITIVE MOTIONS

Based on the above, the Parties stipulate and agree to the following deadlines:

**Discovery Cut-Off Date.** The Parties propose a discovery cut-off date of: **July 10, 2018.**

**Amendment of Pleadings and Addition of Parties.** The most recent date of amending claims and adding parties has expired.

**Dispositive Motions.**  The dispositive motion deadline shall be **August 10, 2018**.

**Disclosure of expert reports**. Any supplemental expert reports must be disclosed by **May 10, 2018**.

**Disclosure of rebuttal expert reports**. Any rebuttal expert reports must be disclosed by **June 11, 2018**.

**Pre-Trial Order.** The joint pretrial order must be filed no later than thirty (30) days after the Court's decision on any Dispositive Motions.

**FRCP 26(a)(3) Disclosures.**  The disclosures shall be included in the joint pretrial order.

**The interim status report** shall be filed by the parties by **May 10, 2018**.

DATED: January 5, 2018                              DATED: January 5, 2018

LOVATO LAW FIRM, P.C.                          JOHNSON BECKER PLLC

/s/ Mario Lovato                                           /s/ David Grounds
MARIO P. LOVATO                                      DAVID H. GROUNDS
Nevada Bar No. 7427                                    Admitted pro hac vice
7465 W. Lake Mead Blvd. Ste. 100              MN Bar No. 285742
Las Vegas, NV 89128                                   Jacob R. Rusch (admitted pro hac vice)
TEL: (702) 979-9047                                    MN Bar No. 391892

FAX: (702) 554-3858
Email: mpl@lovatolaw.com

*Attorney for Defendant*

444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
Email: dgrounds@johnsonbecker.com
Email: jrusch@johnsonbecker.com

Jason J. Thompson (pro hac vice pending)
MI Bar No. P47184
Jesse L. Young (pro hac vice pending)
MI Bar No. P72614
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: (248) 355-0300
Email: jthompson@sommerspc.com
Email: jyoung@sommerspc.com

Don Springmeyer
NV Bar No. 1021
WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
3556 E. Russell Road, Second Floor
Las Vegas, Nevada 89120
Telephone: (702) 341-5200
Fax: (702) 341-5300
Email: dspringmeyer@wrslawyers.com

*Attorneys for Plaintiffs*