# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND WRIGHT, et al., | Case No. 2:15-cv-00056-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket Nos. 74, 75) |
| JACOB TRANSPORTATION, LLC, | |
| Defendant(s). | |

Pending before the Court are two motions seeking to have attorney Mario Lovato withdrawn as attorney for Defendant and both indicating that other attorneys of record will continue to represent Defendant in this action. Docket Nos. 74, 75. The motions are GRANTED, and the Clerk's Office is INSTRUCTED to remove Mr. Lovato as counsel of record in this case.

IT IS SO ORDERED.

DATED: March 15, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge